UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BENNETT,<br><br>                     Plaintiff,<br><br>   -against-<br><br>OTIS BANTUM CORRECTIONAL<br>FACILITY, ET AL.,<br><br>                    Defendants. | 24 CIVIL 9608 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 14, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 14, 2025
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                     Chief United States District Judge